ACCEPTED
03-14-00669-CR
4155039
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/14/2015 4:33:44 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00669-CR

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE THIRD** FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | **DISTRICT COURT OF** 2/17/2015 12:00:00 AM |
| | | JEFFREY D. KYLE |
| **JUSTIN CARTER** | § | **APPEALS OF TEXAS** Clerk |

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 20 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was indicted by a grand jury on April 10, 2013 for the charge of Terroristic Threat under § 22.07 of the Texas Penal Code, a third-degree felony. Appellant's case – Cause Number CR2013-159 – is currently pending in the 207th Judicial District Court of Comal County, Texas. Appellant filed several motions and a pretrial writ of habeas corpus, which the State answered in a consolidated response filed on August 26, 2014. After the trial court denied Appellant's application, he filed a notice of appeal in this Court, with his brief initially being due on January 12, 2015. After Appellant's motion for extension was granted, Appellant submitted his brief on January 26, 2015. The State's brief is currently due on February 17, 2015.

1

## II.

Ms. Chari Kelly – the Assistant District Attorney who is prosecuting this case at trial – is handling the appeal for the State. From February 2nd to February 10th, Ms. Kelly sat first chair in Cause Number CR2014-090, a case involving charges of Attempted Capital Murder, Aggravated Kidnapping, Aggravated Sexual Assault, Aggravated Robbery, and Tampering with Physical Evidence. Immediately after that trial, Ms. Kelly sat with another attorney in Cause Numbers CR2013-071 and -072, involving multiple charges of Continuous Sexual Abuse and Indecency with a Child. Ms. Kelly is currently preparing to try a case beginning on February 17th in Cause Number CR2011-399, involving charges of Attempted Murder, Aggravated Assault with a Deadly Weapon and Tampering. Ms. Kelly has not yet had an opportunity to begin working on the appeal in the instant case, and in light of the foregoing, the State respectfully requests that the Court grant her a 20-day extension to file the Appellee's Brief. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 20 days, until March 9, 2015, so that an adequate response may be made to Appellant's brief. This extension is not

requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant JUSTIN CARTER's attorney in this matter:

Chad P. Van Brunt
vanbruntlaw@live.com
210 S. St. Mary's Street
Suite 1840 – Tower Life Bldg.
San Antonio, TX  78205
*Counsel for Appellant on Appeal*

By electronically sending it to his above-listed email address through eFileTexas.gov, this 14th day of February, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**